UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEE ROUSSO,

        Plaintiff,

    v.

KING COUNTY, *et al.*,

        Defendants.

NO. C18-1080RSL

ORDER DENYING MOTION FOR EXTENSION OF TIME

This matter comes before the Court on plaintiff's "Motion for Extension of Time to Respond to Defendants' Motion." Dkt. # 10. Plaintiff seeks an open-ended extension while he attempts to undo the resolution of a criminal matter against a former client in state court. He offers no details regarding the status of that case, his right to participate therein, or how it will impact the prosecutorial immunity analysis in this case.

The motion for an extension of time is DENIED. Plaintiff shall file his opposition to defendants' motion to dismiss on or before September 24, 2018. The Clerk of Court is directed to renote Dkt. # 7 on the Court's calendar for Friday, September 28, 2018.

Dated this 18th day of September, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR
EXTENSION OF TIME- 1