UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE ROUSSO,<br><br>        Plaintiff,<br><br>        v.<br><br>KING COUNTY, *et al.*,<br><br>        Defendants. | NO. C18-1080RSL<br><br>ORDER GRANTING MOTION TO DISMISS |

This matter comes before the Court on "Defendants' Rule 12(b)(6) Motion to Dismiss." Dkt. # 7. Plaintiff has not filed a response. The motion is therefore GRANTED as unopposed. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff.

Dated this 9th day of October, 2018.

        */s/ Robert S. Lasnik*
        Robert S. Lasnik
        United States District Judge

ORDER GRANTING MOTION
TO DISMISS - 1