United States District Court
WESTERN DISTRICT OF WASHINGTON

LEE ROUSSO,

v.

KING COUNTY, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C18-1080RSL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of defendants and against plaintiff.

October 9, 2018

William M. McCool
Clerk

/s/Sharita Tolliver
By, Deputy Clerk